IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| DANIEL ROY SMITH | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:18cv43 |
| DALLAS B. JONES | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Daniel Roy Smith, proceeding *pro se*, filed the above-styled lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this court.

Plaintiff has filed a motion asking that the case be voluntarily dismissed. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted and the case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. Plaintiff's motion to dismiss is **GRANTED**. A final judgment will be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED** this the 17 day of **April, 2018.**

_____
Thad Heartfield
United States District Judge